UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mordechai Gross,<br><br>         Plaintiff,<br> v.<br><br>Carl "Chaim" Neger and Tudor Capital Group LLC.,<br><br>         Defendants. | Case No.:  3:20-cv-15235-MAS-ZNQ<br><br>**COMPLAINT**<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(A)1(A)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), PLAINTIFF, Mordechai Gross, hereby gives Notice that this action is voluntarily dismissed pursuant to FRCP 41(a)(1)(a), without prejudice, against all Defendants. No Answer or motion for summary judgment has been filed.

Dated: New York, New York
   November 19, 2020

                        Respectfully Submitted,


                        By: /s/ Michael Steinmetz
                        Michael Steinmetz
                        **GARSON, SÉGAL,**
                        **STEINMETZ, FLADGATE LLP**
                        164 West 25th Street, Suite 11R
                        New York, NY 10001
                        (P): (212) 380 - 3623
                        (F): (347) 537 - 4540
                        *Attorneys for Plaintiff*